**Order entered May 28, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01757-CR

## JOE SANCHEZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F13-56498-Y**

## ORDER

The Court **REINSTATES** the appeal.

On April 22, 2014, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On May 27, 2014, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the April 22, 2014 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/     LANA MYERS
         JUSTICE